# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOM MUSIC, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>RAL ALEJANDRO OCASIO RUIZ, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−07861−SB−PD<br><br>**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121).

**The AO-121 form must include the copyright registration number for accurate reporting to the Copyright Office.**

   **Counsel**: Please complete the necessary form and electronically file within ten (10) days.

Western Division
255 East Temple Street Room TS−134
Los Angeles, CA 90012


                                                        Clerk, U.S. District Court

 August 27, 2025                                        By  /s/ *Jeannine Tillman*
       Date                                                   Deputy Clerk


**Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**