Daniel B. Lifschitz (SBN 285068)
**GIPSON HOFFMAN & PANCIONE APC**
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone:  (310) 556-4660
Facsimile:  (310) 556-8945
Email:  dlifschitz@ghplaw.com

Attorneys for Plaintiff
AOM Music, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOM MUSIC, INC., a Florida corporation;<br><br>Plaintiff,<br><br>v.<br><br>RAÚL ALEJANDRO OCASIO RUIZ, AN INDIVIDUAL; DUARS ENTERTAINMENT CORP., A PUERTO RICO CORPORATION; SONY MUSIC ENTERTAINMENT US LATIN LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:25-cv-07861-SB-PD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE**<br><br>Judge: Hon. Stanley Blumenfeld, Jr<br>Courtroom: 6C |

      Pursuant to Local Rules 7-1, 52-4.1, and 52-4.4 of the Central District of California, Plaintiff AOM Music, Inc. ("AOM") and Defendants Raul Alejandro Ocasio Ruiz ("Ruiz"), Duars Entertainment Corp. ("Duars"), and Sony Music

1
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE

Entertainment Latin LLC ("Sony") hereby jointly stipulate as follows:

WHEREAS, on October 15, 2025, Ruiz executed a waiver of service providing until December 15, 2025 to respond to AOM's complaint (ECF No. 12), later extended to January 14, 2026 (ECF No. 15);

WHEREAS, on October 16, 2025, Duars executed a waiver of service providing until December 16, 2025 to respond to AOM's complaint (ECF No. 13), later extended to January 15, 2026 (ECF No. 17);

WHEREAS, on November 19, 2025, Sony executed a waiver of service providing until January 20, 2026 to respond to AOM's complaint (ECF No. 14);

WHEREAS, on December 15, 2025, the Court calendared a Scheduling Conference to take place in this matter on January 16, 2026 (ECF No. 16);

WHEREAS, after the Court's calendaring of the Scheduling Conference, the parties collectively agreed to participate in a private mediation currently scheduled to take place on February 10, 2026, the results of which may globally resolve the litigation and obviate the need for further proceedings before the Court;

WHEREAS, in light of the foregoing, the parties believe that a continuance of the deadlines to respond to the Complaint to three (3) weeks after the current mediation date and a continuation of the Scheduling Conference date to four (4) weeks after the current mediation date would materially benefit both the parties and the Court by potentially eliminating the need to burden the Court with pre-answer motion practice under Rule 12, unnecessarily retain trial counsel (in Sony's case), or prematurely develop a case schedule under Rule 26;

WHEREAS, the requested continuance is sought in good faith and not for purposes of obstruction or delay;

NOW, THEREFORE, subject to the Court's approval, the Parties agree and stipulate that:

1) Defendants' deadline to respond to the Complaint be continued until March 3, 2026; and

2) The Scheduling Conference currently set for January 16, 2026 be continued to March 10, 2026 or such other time as the Court finds convenient.

Respectfully submitted,

Dated: January 5, 2026

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

/s/ Daniel B. Lifschitz
DANIEL B. LIFSCHITZ
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (310) 556-4660
Facsimile: (310) 556-8945
Email: dlifschitz@ghplaw.com

Attorneys for Plaintiff
AOM Music, Inc.

Dated: January 5, 2026

ROSSI BALDIVIA KLEIN FINE & SPECTOR

/s/ John R. Baldivia
JOHN R. BALDIVIA
225 S. Lake Ave., Suite 1150
Pasadena, CA 91101
Telephone: (626) 734-6179
jb@prosperalaw.com

Attorneys for Defendant
Raul Alejandro Ocasio Ruiz

Dated: January 5, 2026

SINGH SINGH & TRAUBEN LLP

/s/ Michael A. Trauben
MICHAEL A. TRAUBEN
400 South Beverly Drive, Suite 240
Beverly Hills, CA 90212
Telephone: (310) 856-9705
Facsimile: (888) 734-3555
mtrauben@singhtraubenlaw.com

|   | Attorneys for Defendant<br>Duars Entertainment Corp. |
|---|---|
| Dated: January 5, 2026 | SONY MUSIC ENTERTAINMENT US LATIN LLC |
|   | /s/ David Jacoby<br>DAVID JACOBY<br>25 Madison Avenue<br>New York, NY 10010<br>Telephone: (347) 819-4630<br>david.jacoby@sonymusic.com |
|   | Attorneys for Defendant<br>Sony Music Entertainment US Latin LLC |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE

1566559.1 - 06309.00001

## *L.R. 5-4.3.4(a)(2)(i) Attestation*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 5, 2026

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

/s/ Daniel B. Lifschitz
DANIEL B. LIFSCHITZ

Attorneys for Plaintiff
AOM Music, Inc.